An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD RAY LEE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62293

**FILED**

SEP 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion for modification of sentence.[1] Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

In his motion filed on October 30, 2012, appellant claimed that recent U.S. Supreme Court cases demonstrated that his sentence was illegal. Appellant's claim was outside of the scope of a motion to modify sentence. *See Edwards v. State*, 112 Nev. 704, 708-09 n.2, 918 P.2d 321, 325 n.2 (1996). Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See id.* at 708, 918 P.2d at 324. We therefore

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27736

conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Elissa F. Cadish, District Judge
      Donald Ray Lee
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk